# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of --                                        )
                                                     )
Time Engineering and Construction Co., Ltd.   )    ASBCA Nos. 58510, 58511, 58771
                                                     )              59019, 59245
                                                     )
Under Contract No. W91QVN-04-D-0047          )

APPEARANCE FOR THE APPELLANT:        Yong Eui Song, Esq.
                                     Chun Jin Law Offices
                                     Seoul, Korea

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                     CPT Cali Y. Kim, JA
                                      Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within 90 days of the date of this Order.

Dated: 16 September 2015

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58510, 58511, 58771, 59019 and 59245, Appeals of Time Engineering and Construction Co., Ltd., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals